1  LISA SATTLER BLACKBURN (Bar No. 178826)
   McDERMOTT WILL & EMERY LLP
2  3150 Porter Drive
   Palo Alto, CA 94304-1212
3  Telephone: 650.813.5000
   Facsimile: 650.813.5100
4
5  PETER D. HOLBROOK (Bar No. 105845)
   CHRIS C. SCHEITHAUER (Bar No. 184798)
   McDERMOTT WILL & EMERY LLP
6  18191 Von Karman Avenue, Suite 400
   Irvine, CA 92612-0187
7  Telephone: 949.851.0633
   Facsimile: 949.851.9348
8
   Attorneys for Plaintiff
9  ASAP SOFTWARE EXPRESS, INC.

10 [Additional counsel listed on signature page]

11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13
                    SAN FRANCISCO DIVISION
14
15
16 ASAP SOFTWARE EXPRESS, INC., an        CASE NO. C 04-3672 SI
   Illinois corporation,
17                                         [PROPOSED] FIRST AMENDMENT TO
                    Plaintiff,             STIPULATED PROTECTIVE ORDER
18
       v.                                  [Courtroom of the Honorable Susan Illston]
19
   ELIZABETH HOPKINS, an individual;
20 LINETTE BOUDREAUX, an individual;
   and SOFTWARE HOUSE
21 INTERNATIONAL, a New Jersey
   corporation,
22
                    Defendants.
23
24
25
26
27
28

                                    1                  STIPULATED PROTECTIVE ORDER
                                                           CASE NO. C 04-3672 SI

WHEREAS, on March 14, 2005, this Court filed a Stipulated Protective Order in the above-referenced case ("Protective Order").

WHEREAS, paragraphs 4 and 9 of the Protective Order provide for the designation of "CONFIDENTIAL" and "ATTORNEYS' EYES ONLY" material, respectively. Presently, pursuant to paragraphs 4 and 9 of the Protective Order, each page of a multi-page document must be separately stamped with the designation of "CONFIDENTIAL" or "ATTORNEYS' EYES ONLY", as appropriate.

WHEREAS, the parties have agreed that plaintiff shall produce a number of documents in electronic form on a CD or DVD in response to defendants' discovery requests.

WHEREAS, the parties have further stipulated to modify the Protective Order to allow the parties to produce documents in electronic form, such as on a CD or DVD, without having to stamp each individual page of the electronic documents with the designation of "CONFIDENTIAL" or "ATTORNEYS' EYES ONLY". The parties have agreed that any CD or DVD produced with a designation of "CONFIDENTIAL" or "ATTORNEYS' EYES ONLY" will be treated such that any file, document or electronic data on the CD or DVD will be deemed to also be stamped with the same designation as the CD or DVD.

ACCORDINGLY, subject to the approval of this Court, plaintiff and defendants hereby stipulate and agree as follows:

1. The Protective Order shall be modified such that any CD or DVD produced and marked with a designation of "CONFIDENTIAL" or "ATTORNEYS' EYES ONLY" will be treated such that any file, document or electronic data on the CD or DVD will be deemed to also be stamped with the same designation as the CD or DVD in compliance with sections 4 and 9 of the Protective Order.

2. This Order is subject to modification by further order of the Court.

IT IS AGREED.

1  Dated: May 3/, 2005
2
3
4
5
6  Dated: May ____, 2005
7
8
9
10
11
12
13

McDERMOTT WILL & EMERY LLP
PETER D. HOLBROOK
CHRIS C. SCHEITHAUER

By: _____
Peter D. Holbrook
Attorneys for Plaintiff
ASAP SOFTWARE EXPRESS, INC.

DRINKER BIDDLE & REATH LLP
CHARLES A. REID, III
RODNEY M. HUDSON

By: _____
Charles A. Reid, III
Attorneys for Defendants
ELIZABETH HOPKINS, LINETTE
BOUDREAUX and SOFTWARE HOUSE
INTERNATIONAL, INC.

## ORDER

IT IS SO ORDERED. The First Amendment to Stipulated Protective Order set forth above is hereby adopted and entered as a Order of this Court.

UNITED STATES

DATED:

ORC 365062-1.052227.0029

IT IS SO ORDERED
Judge Susan Illston

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
IRVINE

- 3 -                                              FIRST AMEND. TO PROTECTIVE ORDER
                                                            CASE NO. C 04-3672 SI