```
 1  LISA SATTLER BLACKBURN (Bar No. 178826)
    McDERMOTT WILL & EMERY LLP
 2  3150 Porter Drive
    Palo Alto, CA 94304-1212
 3  Telephone: 650.813.5000
    Facsimile: 650.813.5100
 4
    PETER D. HOLBROOK (Bar No. 105845)
 5  CHRIS C. SCHEITHAUER (Bar No. 184798)
    McDERMOTT WILL & EMERY LLP
 6  18191 Von Karman Avenue, Suite 400
    Irvine, CA 92612-0187
 7  Telephone: 949.851.0633
    Facsimile: 949.851.9348
 8
    Attorneys for Plaintiff
 9  ASAP SOFTWARE EXPRESS, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASAP SOFTWARE EXPRESS, INC., an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH HOPKINS, an individual; LINETTE BOUDREAUX, an individual; and SOFTWARE HOUSE INTERNATIONAL, a New Jersey corporation,<br><br>Defendants. | CASE NO. C 04-3672 SI<br><br>REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER<br><br>DATE: June 24, 2005<br>TIME: 2:30 P.M.<br>CTRM.: The Honorable Susan Illston |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that due to a conflicting commitment preventing travel, counsel for Plaintiff ASAP SOFTWARE EXPRESS, INC. respectfully requests permission of this Court to telephonically participate in the Case Management Conference currently scheduled for June 24, 2005, at 2:30 p.m.

DATED: June 3, 2005        McDERMOTT, WILL & EMERY

By: _____
PETER D. HOLBROOK
CHRIS C. SCHEITHAUER
Attorneys for Plaintiff ASAP SOFTWARE
EXPRESS, INC.

**ORDER**

Permission to appear telephonically is GRANTED.

DATED: _____

IT IS SO ORDERED
Judge Susan Illston

-2-

Request to Appear Telephonically                                    Case No. C 04-3672 SI