1  LISA SATTLER BLACKBURN (Bar No. 178826)
   McDERMOTT WILL & EMERY LLP
2  3150 Porter Drive
   Palo Alto, CA 94304-1212
3  Telephone: 650.813.5000
   Facsimile: 650.813.5100
4
5  PETER D. HOLBROOK (Bar No. 105845)
   CHRIS C. SCHEITHAUER (Bar No. 184798)
   McDERMOTT WILL & EMERY LLP
6  18191 Von Karman Avenue, Suite 400
   Irvine, CA 92612-0187
7  Telephone: 949.851.0633
   Facsimile: 949.851.9348
8
9  Attorneys for Plaintiff
   ASAP SOFTWARE EXPRESS, INC.

10 [Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASAP SOFTWARE EXPRESS, INC., an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH HOPKINS, an individual; LINETTE BOUDREAUX, an individual; and SOFTWARE HOUSE INTERNATIONAL, a New Jersey corporation,<br><br>Defendants. | CASE NO. C 04-3672 SI<br><br>[PROPOSED] SECOND AMENDMENT TO STIPULATED PROTECTIVE ORDER<br><br>[Courtroom of the Honorable Susan Illston] |

1

SECOND AMEND. TO PROTECTIVE ORDER
CASE NO. C 04-3672 SI

1  WHEREAS, on March 14, 2005, this Court filed a Stipulated Protective Order in the
2  above-referenced case ("Protective Order").

3  WHEREAS, on June 2, 2005, this Court filed a First Amendment to the Stipulated
4  Protective Order ("First Amendment).

5  WHEREAS, the Stipulated Protective Order and the First Amendment currently apply
6  only to the named parties in this lawsuit. In conducting third party discovery, a number of third
7  parties have requested that they be permitted to produce documents pursuant to the Protective
8  Order.

9  WHEREAS, the parties have agreed to stipulate to amend the Protective Order to provide
10 for production by third parties.

11 ACCORDINGLY, subject to the approval of this Court, plaintiff and defendants hereby
12 stipulate and agree to amend the Protective Order to include the following as paragraph 14(a):

13     14(a) If in the course of this action discovery is sought from third parties
14 which would require such parties to disclose and/or produce information that
15 those third parties believe should be protected materials, such third parties may
16 gain the protection of this Protective Order by notifying counsel for the parties to
17 this case, in writing, that such third parties agree to be bound by this Order and
18 will produce documents or information pursuant to this Order, and by designating
19 information as "CONFIDENTIAL" or "ATTORNEYS' EYES ONLY" by the
20 procedures prescribed in this Order. All parties, including all such third parties,
21 shall be bound by the terms and conditions of this Protective Order with respect to
22 such production as if the documents or information had been produced by a party
23 to this case. No further order of this Court shall be necessary to extend the
24 protection of this Order to third parties.

SECOND AMEND. TO PROTECTIVE ORDER
CASE NO. C 04-3672 SI

| | |
|---|---|
| 1    IT IS AGREED. | |
| 2    Dated: July 12, 2005 | McDERMOTT WILL & EMERY LLP<br>PETER D. HOLBROOK<br>CHRIS C. SCHEITHAUER |

By: _/s/ Chris C. Scheithauer_
Chris C. Scheithauer
Attorneys for Plaintiff
ASAP SOFTWARE EXPRESS, INC.

Dated: July 12, 2005

DRINKER BIDDLE & REATH LLP
CHARLES A. REID, III
RODNEY M. HUDSON

By: _/s/ Charles A. Reid, III_
Charles A. Reid, III
Attorneys for Defendants
ELIZABETH HOPKINS, LINETTE BOUDREAUX and SOFTWARE HOUSE INTERNATIONAL, INC.

## ORDER

IT IS SO ORDERED. The Second Amendment to Stipulated Protective Order set forth above is hereby adopted and entered as a Order of this Court.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:

APPROVED
_/s/ Susan Illston_
Judge Susan Illston

ORC 368149-1.052227.0029