IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASAP SOFTWARE EXPRESS, INC.,          No. C 04-03672 SI

      Plaintiff,                              **ORDER RE: DISCOVERY**

  v.

ELIZABETH HOPKINS, et al.,

      Defendants.
                                    /

By letter briefs,[1] the parties have brought before the Court a dispute regarding extension of discovery cut-off dates for two Rule 30(b)(6) depositions and extension of the filing date for dispositive motions. Plaintiff seeks to extend both dates, because of its difficulty in scheduling the depositions of two third-parties, AMF and ScanDisk. Defendants object to the requested extensions, based on the short time remaining until the December 12, 2005 trial date.

The Court will extend the discovery cut-off only for purposes of taking the AMD and ScanDisk depositions, until September 15, 2005. The filing date for dispositive motions has already been continued several times; no further extension is warranted at this time, and none is granted. The briefing schedule for dispositive motions remains the same: file 8/26/05, opposition 9/9/05, reply 9/16/05. **The hearing date will be advanced two days, to September 28, 2005 at 9:00 a.m.**

Dated: August 23, 2005

                                                        SUSAN ILLSTON
                                                        United States District Judge

---

[1] Plaintiff submitted its brief on August 22, 2005; defendants submitted their opposition on August 23, 2005; and plaintiff filed its reply on August 23, 2005.