IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASAP SOFTWARE EXPRESS, INC.,

    Plaintiff,

  v.

ELIZABETH HOPKINS, et al.,

    Defendants.

               /

No. C 04-03672 SI

**ORDER RE: SANDISK DISCOVERY**

On September 12, 2005, plaintiff filed a letter brief seeking to compel certain third-party deponents to provide deposition testimony in accordance with subpoenas served on them. On September 13, 2005, the potential deponents, affiliated with SanDisk Corporation, filed a "Notice of Intention to File Opposition to Motion to Compel," stating an intention to file their opposition papers on September 19, 2005. This problem has been building for about a month now, and the dates are relevant because discovery currently cuts off on September 15, 2005.

The Court will entertain the SanDisk opposition papers on September 19, 2005 as requested, and will undertake to resolve the dispute promptly thereafter. Should the Court's order be that the depositions should properly be compelled, the Court will grant an appropriate extension of the discovery cutoff to allow them to be taken.

Dated: September 13, 2005

                                                   SUSAN ILLSTON
                                                   United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASAP SOFTWARE EXPRESS, INC.,

    Plaintiff,

  v.

ELIZABETH HOPKINS, et al.,

    Defendants.

                                  /

No. C 04-03672 SI

**ORDER RE: SANDISK DISCOVERY**

On September 12, 2005, plaintiff filed a letter brief seeking to compel certain third-party deponents to provide deposition testimony in accordance with subpoenas served on them. On September 13, 2005, the potential deponents, affiliated with SanDisk Corporation, filed a "Notice of Intention to File Opposition to Motion to Compel," stating an intention to file their opposition papers on September 19, 2005. This problem has been building for about a month now, and the dates are relevant because discovery currently cuts off on September 15, 2005.

The Court will entertain the SanDisk opposition papers on September 19, 2005 as requested, and will undertake to resolve the dispute promptly thereafter. Should the Court's order be that the depositions should properly be compelled, the Court will grant an appropriate extension of the discovery cutoff to allow them to be taken.

Dated: September 13, 2005

                                                                    SUSAN ILLSTON
                                                                    United States District Judge